a time to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LaBOYTEAUX & COMPANY, Respondent, v. OMER FEIZI, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERNARD KRONTHAL, Respondent, v. GENERAL MOTORS TRUCK COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEVERNOE SECURITIES CORPORATION, Appellant, v. LONDON AND LANCASHIRE INSURANCE COMPANY, LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SEVERNOE SECURITIES CORPORATION, Appellant, v. PHŒNIX ASSURANCE COMPANY, LTD., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ERMA PATTON, Appellant, v. MORRIS RESLER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of CHRISTINE BAUMANN, Appellant, to Compel JOSEPH FRIED, Respondent, an Attorney and Counselor at Law, to Turn over Certain Stocks and Moneys.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MAX FOOT, Appellant, v. GEORGE A. FULLER COMPANY, INC., and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted on condition that the former attorney's fee be fixed at $1,500, to attach to any judgment or settlement which may be made in the action. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE ROSENZWEIG, Appellant, v. PHILIP ROSENZWEIG, Respondent.— Order modified by directing that defendant pay to plaintiff for the support and maintenance of herself and the infant children, Harry and Leo Rosenzweig, two of the issue of the marriage, alimony at the rate of sixty-five dollars per month from July 1, 1927, payable monthly; and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JAMES D. McCAULEY, Respondent, v. OBCANSKA ZALOZNA V. KARLINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and O'Malley, JJ., dissent.

JAMES D. McCAULEY, Respondent, v. OBCANSKA ZALOZNA V. KARLINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and O'Malley, JJ., dissent.

JAMES D. McCAULEY, Respondent, v. OBCANSKA ZALOZNA V. KARLINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy and O'Malley, JJ., dissent.